# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**FREDDIE T. MCLAURIN,**

    Plaintiff,

  -vs-                                      **Case No. 15-CV-1549**

**A3 PCT and**
**BYRAN BARTOW,**

    Defendants.

## DECISION AND ORDER

On May 5, 2016, the Court screened the amended complaint and found that the plaintiff stated an Eighth Amendment claim against the unnamed "A3 PCT" defendants. (ECF No. 12 at 1.) The Court ordered service of the amended complaint upon Wisconsin Resource Director Byran Bartow for the limited purpose of identification of the "A3 PCT" defendants. Director Bartow notified the Court that he has been served with the amended complaint. The plaintiff should direct his discovery request(s) to Director Bartow's attorney.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT** the plaintiff may conduct discovery upon defendant Bartow for the limited purpose of identifying the A3 PCT defendants. The deadline for the completion of such discovery is

**September 20, 2016**.

**IT IS FURTHER ORDERED** that the plaintiff shall file a second amended complaint identifying the A3 PCT defendants on or before **September 20, 2016**.

Dated at Milwaukee, Wisconsin, this 22nd day of July, 2016.

                        **BY THE COURT:**

                        s/ *Lynn Adelman*
                        for **HON. RUDOLPH T. RANDA**
                        **U.S. District Judge**